Disamodha C. AMARASINGHE; Narlie Amarasinghe, Petitioners— Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent— Appellee.

No. 08–1226.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 23, 2008.

Disamodha C. Amarasinghe, Narlie Amarasinghe, Appellants Pro Se. Donald L. Korb, Internal Revenue Service, Washington, D.C.; Teresa Ellen McLaughlin, Patrick J. Urda, United States Department of Justice, Washington, D.C., for Appellee.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Disamodha C. Amarasinghe and Narlie Amarasinghe appeal from the tax court's order upholding the Commissioner's determination of a deficiency in the Amarasinghes' income tax for 2002. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *See Amara-*

*singhe v. Comm'r. of Internal Revenue,* Tax Ct. No. 06–15883 (U.S.T.C. Nov. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*